Treva J. Hearne, Esq.
Robert R. Hager, Esq.
HAGER & HEARNE
245 E. Liberty St., Suite 450
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, THOMAS R. WASSON, CHAIRMAN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, WESTERN NEVADA AGENCY, SUPERINTENDENT, and, THE EMPLOYEES, CONTRACTOR AND AGENTS OF THE WESTERN NEVADA AGENCY OF THE BUREAU OF INDIAN AFFAIRS,<br><br>Defendants. | Case No.: 3:11-cv-00622-RCJ-VPC<br><br>**NOTICE OF WITHDRAWAL OF ROBERT R. HAGER AS CO-COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Robert R. Hager, Esq. has retired from the practice of law and thereby requests that withdrawal of his appearance in the above-captioned action and requests that no further notices be given or required of him in the action and that no documents or other pleadings in the action be given or served upon him.

///

///

1

1  PLEASE TAKE FURTHER NOTICE that Treva J. Hearne of the law firm of
2  Hager & Hearne will still continue to represent Plaintiffs as lead counsel in this matter.

3
4  DATED this 15th day of November, 2012.

5  /s/ ROBERT R. HAGER
   Robert R. Hager, Esq.
6  Treva J. Hearne, Esq.
   HAGER & HEARNE
7  245 E. Liberty - Suite 450
   Reno, Nevada 89501
8  Tel: (775) 329-5811
9  Fax: (775) 329-5819
   Email: thearne@hagerhearnelaw.com
10 *Attorney for Plaintiff*

11
12
13
14  IT IS SO ORDERED
15  _____
    U.S. MAGISTRATE JUDGE
16
    DATED: November 16, 2012
17
18