IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY,<br>THOMAS R. WASSON, CHAIRMAN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, WESTERN NEVADA AGENCY, SUPERINTENDENT,<br>and, THE EMPLOYEES, CONTRACTOR AND AGENTS OF THE WESTERN NEVADA AGENCY OF THE BUREAU OF INDIAN AFFAIRS,<br><br>Defendants. | Case No.: 3:11-cv-00622-RCJ-VPC<br><br>**ORDER FOR<br>PUBLICATION AND BUSINESS** |

On September 4, 2012, this Court having ordered the United States of America, Bureau of Indian Affairs to recognize the government of the Winnemucca Indian Colony as Thomas Wasson, Chairman, Judy Rojo, Katherine Hasbrouck, Misty Morning Dawn Rojo Alvarez and Eric Magiera, the Court further orders the Humboldt Sun that the official process of applying for membership with the Winnemucca Indian Colony will be published in newspapers of general circulation, including but not limited to, the Humboldt Sun, Winnemucca, Nevada. This official process is intended to give notice to persons to apply for membership in the Winnemucca Indian Colony. Further it is ordered that utilities servicing the lands of the Winnemucca Indian Colony and other institutions understand that Thomas R. Wasson and his council are the recognized

1  government of the Winnemucca Indiana Colony for purposes of doing business on behalf
2  of the Colony.
3      IT IS HEREBY ORDERED as follows:
4      That the Humboldt Sun shall accept for publication from Thomas R. Wasson,
5  Chairman, a notice to announce applications for membership as attached hereto as
6  "Exhibit 1" for the Winnemucca Indian Colony as official process.
7      DATED this 10th day of January, 2013.

_____
DISTRICT COURT JUDGE

# EXHIBIT 1

# EXHIBIT 1

# NOTICE

# MEMBERSHIP APPLICATIONS FOR THE WINNEMUCCA INDIAN COLONY AVAILABLE.

On September 4, 2012, the United States District Court, District of Nevada, ordered that applications for membership in the Winnemucca Indian Colony shall be submitted to Thomas Wasson, Chairman, Judy Rojo, Katherine Hasbrouck, Misty Rojo and Eric Magiera as the Council of the Winnemucca Indian Colony in order to have a certified membership for elections in 2013.

In order to apply for membership, mail a request for an application form to Winnemucca Indian Colony, P.O. Box 622, Winnemucca, Nevada 89445 or access our website at www.winnemuccaindiancolony.com for more information.

Thomas Wasson, Chairman, has declared that the Colony will now return to a safe place for its inhabitants and the surrounding citizens of Winnemucca. It is the goal of the Winnemucca Indian Colony to move as quickly as possible to stop any unlawful activities on the Colony. We extend our hand to the people of Winnemucca in this effort. All utilities, banks, businesses, political subdivisions, vendors, creditors are, hereby, notified that only Thomas Wasson and his Council are authorized to do business in the name of the Winnemucca Indian Colony. If any other party or person has represented themselves as the Winnemucca Indian Colony, forward this information to Chairman Thomas R. Wasson at the same address as above.