# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, THOMAS R. WASSON, CHAIRMAN<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No.: 3:11-CV-00622-RCJ-VPC<br><br><br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Motions for Continuance of Status Conference now Scheduled for January 2, 2014 (First Request) (ECF #199) and (ECF #200) are GRANTED.

IT IS FURTHER ORDERED that the Status Conference currently set for Thursday, January 2, 2014 is VACATED and RESCHEDULED to 09:00 A.M., MONDAY, FEBRUARY 3, 2014, in Reno Courtroom 6, before Judge Robert C. Jones.

IT IS SO ORDERED this 30th day of December, 2013.

_____
ROBERT C. JONES
Chief Judge