# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, THOMAS R. WASSON, CHAIRMAN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, WESTERN NEVADA AGENCY, SUPERINTENDENT, and, THE EMPLOYEES, CONTRACTOR AND AGENTS OF THE WESTERN NEVADA AGENCY OF THE BUREAU OF INDIAN AFFAIRS,<br><br>Defendants. | Case No.: 3:11-cv-00622-RCJ-VPC<br><br>ORDER |

This cause came on for hearing at a Status Conference on November 19, 2014, after the election of October 25, 2014. The Winnemucca Indian Colony appeared with its counsel, Treva Hearne, the Bureau of Indian Affairs appeared with its counsel, the United States Attorney by Deputy U.S. Attorney, Holly Vance, and the Ayer group by its counsel, Brian Morris.

The Winnemucca Indian Colony introduced the newly elected Council as Judy Rojo, Misty Morning Dawn Rojo Alvarez, Katherine Hasbrouck, Eric Magiera and Thomas Magiera II. The United States Attorney asked for clarification on behalf of her client and asked if the Court's intention was for the Bureau of Indian Affairs to recognize this newly elected Council as the Council for the Winnemucca Indian Colony or wait until the Tribal

Court challenge was completed. The Court clarified that this Council was to be recognized by the Bureau of Indian Affairs as the permanent Council of the Winnemucca Indian Colony immediately. The Court further clarified that the Tribal Court was in place and the appeal from that decision on any election or membership challenges would be to the Inter-Tribal Court of Appeals of Nevada.

IT IS HEREBY ORDERED as follows:

The Department of the Interior, Bureau of Indian Affairs, shall recognize as permanent Council of the Winnemucca Indian Colony, Judy Rojo, Misty Morning Dawn Rojo Alverez, Katherine Hasbrouck, Eric Magiera and Thomas Magiera II as elected in the October 25, 2014, election of the Winnemucca Indian Colony.

IT IS SO ORDERED.

Dated this 19th day of November, 2014.

_____
ROBERT C. JONES,
United States District Judge