# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA ex rel. ) <br> DEPARTMENT OF THE INTERIOR et al., ) <br> ) <br> Defendants. ) <br> ) | 3:11-cv-00622-RCJ-VPC <br><br> **ORDER** |

Former plaintiff Thomas Wasson has filed a motion titled "Stipulation and Order to Continue Status Conference." The Court denies the motion for two reasons. First, Wasson is no longer a party to the case, as the Court has granted a motion to substitute Judy Rojo in his place for the purposes of the present lawsuit, pending the completion of litigation related to the recent elections in the Indian courts. Second, the motion is in substance neither a stipulation nor a request to continue anything, but rather a request by Wasson alone for the Court to issue a writ of mandamus to the Winnemucca Indian Colony Court as to procedures governing Wasson's appeal of the recent elections. The Court has no jurisdiction to mandate action by an Indian court and would not issue such a writ even if Wasson were still a party in this case.

Next, Intervenor Defendant William Bills has asked the Court to enjoin Judy Rojo, Katherine Hasbrouck, Misty Morning Dawn Rojo-Alvarez, Thomas Magiera II, and Eric Magiera from representing themselves as the Colony Counsel and taking actions as the Council until the action is concluded. The Court denies the motions. The Court previously ordered that the BIA

should recognize those persons as the Colony Counsel pending appeals in the Indian courts. (*See* Orders, ECF Nos. 231, 242).

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF Nos. 264, 266, 267, 268) are DENIED.

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge