

DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, et al., | Case No. 3:11-cv-00622-RCJ-VPC |
| Plaintiffs, | |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, et al., | **(FIRST REQUEST)** |
| Defendants. | |

COME NOW Defendants, United States of America, et al., and Plaintiffs, Winnemucca Indian Colony, et al., and hereby stipulate and agree that Defendants may have a 30-day extension to file their responses to Plaintiffs' motion for hearing (ECF No. 279) and Plaintiffs' motion to enforce and acknowledge tribal court decisions. (ECF No. 280). Defendants' responses to those motions are currently due on January 12, 2018. An extension is needed, however, because defense counsel has a number of upcoming out-of-state business trips that will require her to be out of the office for extended periods. An extension would give Defendants up to and including February 12, 2018, in which to respond to Plaintiffs' motion for hearing (ECF No. 279) and Plaintiffs' motion to enforce and acknowledge tribal court decisions. (ECF No. 280).

Defense counsel contacted Plaintiffs' counsel via email, and Plaintiffs' counsel advised that she does not object to Defendants' extension request. This is Defendants' first extension request. Defendants seek this extension request in good faith and not for the purpose of delay.

Dated: January 8, 2018.

DAYLE ELIESON
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendants

RENO LAW GROUP, LLC

s/ *Treva J. Hearne*
TREVA J. HEARNE
Counsel for Plaintiffs

IT IS SO ORDERED.

DATED: January 18, 2018.

_____
HON. ROBERT C. JONES
United States District Judge