Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 South Fort Apache Road #108-151
Las Vegas, Nevada 89148
(702) 389-3974
(775) 313-0876 (Fax)
Attorney for the Ayer Group



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WINNEMUCCA INDIAN COLONY, et al.,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, ex rel.
THE DEPARTMENT OF THE INTERIOR,

    Defendants,

Case No. 3:11-cv-00622-RJC-VPC

UNOPPOSED MOTION FOR EXTENSION OF TIME
(First Request)

Comes Now, the Ayer Group, by and through undersigned counsel, and moves this Court for an extension of time in which to oppose Plaintiffs' motion for hearing (ECF No. 279) and motion to enforce and acknowledge tribal court decisions (ECF No. 280). This motion is unopposed and agreed to by Plaintiffs' counsel, but due to initial communication difficulties a Stipulation was not able to be prepared and reviewed in time.

This is the Ayer Group's first request for an extension of time. An extension of thirty (30) days is requested up to and through February 12, 2018. This extension has been previously stipulated to between Plaintiff and Defendant United States of America, et al. for those said defendants to address the same motions. Thus the granting of this current extension will not create any prejudice or delay in this matter. This extension is being requested based on the undersigned having been out of town with other obligations and is in need of additional time to conduct legal research and fully brief this matter. The Ayer Group seeks this extension in good faith and not for the purpose of any delay. Based on the

1 above, the Ayer Group respectfully requests to have up to and through February 12, 2018 to respond to
2 ECF numbers 279 and 280.

    Dated this 12th day of January, 2018.

_____
Brian Morris, Esq.
Attorney for the Ayer Group

IT IS SO ORDERED this 18th day of January, 2018.

_____
ROBERT C. JONES