1  DAYLE ELIESON
   United States Attorney
2  HOLLY A. VANCE
   Assistant United States Attorney
3  United States Attorney's Office
   100 West Liberty Street, Suite 600
4  Reno, NV 89501
   (775) 784-5438
5  Holly.A.Vance@usdoj.gov

6  Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WINNEMUCCA INDIAN COLONY, et al., | Case No. 3:11-cv-00622-RCJ-VPC |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO STATUS REPORT (ECF NO. 288)** |
| UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, et al., | **(FIRST REQUEST)** |
| Defendants. | |

COME NOW Defendants, United States of America ex rel. The Department of Interior, et al., and Plaintiffs, Winnemucca Indian Colony, et al., and hereby stipulate and agree that Defendants may have a 49-day extension of time to file their response to Plaintiffs' status report (ECF No. 288).

Defendants' response to the status report is currently due on April 23, 2018. An extension is needed, however, because defense counsel plans to meet with representatives from the United States Bureau of Indian Affairs during the week of April 23, 2018, to discuss the issues raised in the status report. Defense counsel is then scheduled to meet with Plaintiffs' counsel on

1

June 5, 2018, to discuss those same issues. The requested extension would give Defendants up to and including June 11, 2018, to respond to Plaintiffs' status report.

Defense counsel discussed the extension request with Plaintiffs' counsel, who agrees that the extension is necessary to allow the parties to engage in a meaningful discussion of the issues raised in Plaintiffs' status report. This is Defendants' first extension request. The parties seek this extension request in good faith and not for the purpose of delay.

Dated: April 23, 2018.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney | RENO LAW GROUP, LLC |
| s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney<br>Counsel for Defendants | s/ *Treva J. Hearne*<br>TREVA J. HEARNE<br>Counsel for Plaintiffs |

IT IS SO ORDERED.

DATED: April 24, 2018.

_____
HON. ROBERT C. JONES
United States District Judge