# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, *et al.*, | Case No.: 3:11-CV-00622-RCJ-VPC |
| Plaintiffs, | |
| vs. | **ORDER SETTING STATUS CONFERENCE** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that a Status Conference is set for 10:00A.M., Tuesday, August 14, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

DATED this 26th day of July, 2018.

_____
ROBERT C. JONES
United States District Judge