Treva J. Hearne, NV State Bar No. 4450
RENO LAW GROUP
595 Humboldt St.
Reno, Nevada 89509
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No.: 3:11-cv-00622-RCJ-VPC<br><br>ORDER GRANTING<br><br>**Unopposed Motion to continue Status Conference hearing to** September 17, 2018. |

COMES NOW, the Plaintiff, the WINNEMUCCA INDIAN COLONY, by and through its Counsel, TREVA J. HEARNE, and submits the following unopposed Motion to Continue the Status Conference Hearing before this Court. In support of this Motion is the Declaration of Treva J. Hearne and attachments.

Dated this 6th of August, 2018.

                                                           ___/s/ **TREVA J. HEARNE**___
                                                Treva J. Hearne, NV State Bar No. 4450
                                                595 Humboldt St.
                                                Reno, Nevada 89509
                                                Tel: (775) 329-581
                                                *Attorney for Plaintiff*

## Unopposed Motion to Continue Status Conference hearing

## from August 14, 2018 to September 17, 2018.

On July 26, 2018, the Court issued an Order setting the Status Conference hearing for August 14, 2018 at 10:00 a.m.(Doc. # 293). Counsel for the Plaintiffs would be unable to attend the Status Conference on that date. When contacted by telephone, the Clerk for the Court indicated that September 17 at 10:00 a.m. would be available.

Counsel for the Plaintiff contacted counsel for the parties that are presently active in this matter and both agreed to the change of date. (See attached Declaration of Treva J. Hearne and attachments.) The change of date will make it possible for the Tribal Council to attend the hearing as well.

WHEREFORE, FOR THE ABOVE-STATES REASONS, the Plaintiffs request that the Status Conference Hearing be rescheduled for September 17, 2018 at 10:00 A.M. at the Court's convenience.

Dated this 6th day of August, 2018.

                                                                         ___/s/ **TREVA J. HEARNE**___
Treva J. Hearne, NV State Bar No. 4450
595 Humboldt St.
Reno, Nevada 89509
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorney for Plaintiff*

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Continue Hearing (ECF No. 294) is GRANTED.

IT IS FURTHER ORDERED that the Status Conference currently set for August 14, 2018 at 10:00 A.M., is VACATED and RESCHEDULED to Monday, September 17, 2018 at 10:00 A.M., in RENO COURTROOM 3, before Judge Robert C. Jones.

_____
ROBERT C. JONES
DATED: August 7, 2018.