# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, JUDY ROJO, CHAIRMAN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, WESTERN NEVADA AGENCY, SUPERINTENDENT, and, THE EMPLOYEES, CONTRACTOR AND AGENTS OF THE WESTERN NEVADA AGENCY OF THE BUREAU OF INDIAN AFFAIRS,<br><br>Defendants. | Case No.: 3:11-cv-00622-RCJ-VPC<br><br>**ORDER** |

This cause came on for hearing at a Status Conference on September 17, 2018, after the completion of the Tribal Court processes as directed by this Court. The Winnemucca Indian Colony appeared with its counsel, Treva Hearne, the Bureau of Indian Affairs appeared with its counsel, the Assistant United States Attorney, Holly Vance, and the Ayer group by its counsel, Brian Morris.

The Winnemucca Indian Colony filed its Status Conference Report (Doc.# 288, dated April 4, 2018) as directed by this Court in its Order dated 2/10/2014 (Doc.# 204). The Court finds that tribal enrollment and election disputes were resolved and concluded by a tribal court with recourse to the Inter-Tribal Court as directed by Order of this Court.

1     IT IS HEREBY ORDERED as follows:

2     The Court acknowledges the authoritative rulings of the Tribal Court in matters WIC-CV-14-001 and WIC-CV-14-002, on remand, dated 06/27/2016 and the relevant affirmation by the Inter-Tribal Court of Appeals in matter ITCN/AC-CV-15-11, dated 04/11/16 and 2/24/16, and extends comity to these Tribal Court rulings in the present action before this Court. This is the final Order in this cause and this matter is, therefore, dismissed.

IT IS SO ORDERED.

DATED: This 1st day of October, 2018.

_____
ROBERT C. JONES,
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of September, this **[Proposed] Order** was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Treva J Hearne*
Treva J. Hearne, Esq.