DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WINNEMUCCA INDIAN COLONY, et al., | Case No. 3:11-CV-00622-RCJ-CBC |
|---|---|
| Plaintiffs, | **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSTION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTONEYS' FEES AND EXPENSES (ECF NO. 305)** |
| v. | |
| UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, et al., | |
| | **(FIRST REQUEST)** |
| Defendant. | **EXPEDITED REVIEW REQUESTED** |

COME NOW Defendants United States of America, Department of the Interior, Bureau of Indian Affairs, et al. ("Defendants") and request a 24-day extension of time to file their response to Plaintiffs' motion for attorneys' fees and expenses (ECF No. 305) from the current due date of October 26, 2018 to November 19, 2018.

An extension is needed because two attorneys recently resigned from the United States Attorney's Office in Las Vegas and, as a result, defense counsel has been assigned to handle additional duties and cases. Also, defense counsel was recently out of the office to visit her 93-year old father, whose health has declined. Under the circumstances, good cause exists to extend the deadline for responding to Plaintiff's motion for attorneys' fees and expenses. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

1

Defense counsel contacted Plaintiffs' counsel via e-mail, and Plaintiffs' counsel advised that she does not object to Defendants' extension request. This is Defendants' first extension request. *See* LR IA 6-1 (must advise of previous extensions). Defendants seek this extension request in good faith and not for the purpose of delay.

DATED: October 22, 2018.                    Respectfully submitted,

                                            DAYLE ELIESON
                                            United States Attorney

                                            s/ *Holly A. Vance*
                                            HOLLY A. VANCE
                                            Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: October 24, 2018.

                                            _____
                                            United States Magistrate Judge