DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINNEMUCCA INDIAN COLONY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA ex rel. THE DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 3:11-CV-00622-RCJ-CBC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR GOVERNMENT TO RESPOND TO PLAINTIFFS' MOTION FOR ATTONEYS' FEES AND EXPENSES (ECF NO. 305)** <br><br> **(SECOND REQUEST)** |

COME NOW Defendants United States of America, Department of the Interior, Bureau of Indian Affairs, et al. ("Defendants") and Plaintiffs Winnemucca Indian Colony et al., and hereby stipulate and agree that Defendants may have an extension of time up to an including November 30, 2018 in which to file their response to Plaintiffs' motion for attorneys' fees and expenses (ECF No. 305). Defendants' response is currently due on November 19, 2018.

An 11-day extension is needed because a third attorney recently resigned from the United States Attorney's Office, bringing the total recent resignations by attorneys in defense counsel's office to three. The loss of attorneys has resulted in additional duties for all remaining attorneys in the office. Also, defense counsel recently had a number of work obligations that required her to be out of the office. These obligations prevented her from working on the response. Regardless, she is nearly finished the response, but needs one additional extension to allow her to finalize the

document and provide agency counsel with an opportunity to review the proposed filing. In short, Defendants have demonstrated good cause to extend the deadline for responding to Plaintiffs' motion for attorneys' fees and expenses. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" (emphasis added).

Defense counsel contacted Plaintiffs' counsel via email, and Plaintiffs' counsel advised that she does not object to Defendants' extension request. This is Defendants' second extension request. Defendants seek this extension request in good faith and not for the purpose of delay.

DATED: November 16, 2018.

DAYLE ELIESON
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendants

RENO LAW GROUP, LLC

s/ *Treva J. Hearne*
TREVA J. HEARNE
Counsel for Plaintiffs

IT IS SO ORDERED.

DATED: November 21, 2018.

_____
United States District Judge

2